# EXHIBIT A

EXHIBIT A

2430453

5350

IN THE CIRCUIT COURT FOR THE EIGHTEENTH
DUPAGE COUNTY, ILLINOIS

CITIBANK (SOUTH DAKOTA) N.A.
    Plaintiff

vs.

TERRY L POCHERT

    Defendant(s)

Case No.: 2010AR001051
Chris Kuchiroubas
Electronically Filed
Transaction Id.: 2522465
04/01/2010
JAMES KUFER
10-27-2010 RM2018 9AM

Amount Claimed: $ ___ + costs

Return Date: MAY 11 2010

## COMPLAINT

1. The Plaintiff CITIBANK (SOUTH DAKOTA) N.A., claims as follows:

2. The Defendant(s) TERRY L POCHERT is/are a resident of DUPAGE County, Illinois.

3. The Defendant(s) opened an account agreeing to make monthly payments as required by the terms of the Charge Agreement, for purchases charged to the account.

4. The Defendant(s) did make purchases and charged same to the account but failed to make the monthly payments called for on the account. There is a balance due and owing $10208.61.
(See Client affidavit as Plaintiff's Exhibit No. 1.)

5. Plaintiff declared Defendant(s) to be in default and demands payment of balance.

**WHEREFORE**, the Plaintiff, CITIBANK (SOUTH DAKOTA) N.A., prays for judgment against the Defendant(s), TERRY L POCHERT in the amount of $10208.61 plus costs.

Blatt, Hasenmiller, Leibsker & Moore LLC - 6850
125 South Wacker Drive, Suite 400
Chicago, IL 60606
(866) 269-9858

THIS COMMUNICATION IS FROM A DEBT COLLECTOR

BLCNNBP (02/2003)

Document received on 03/30/2010 14:34:32  Document accepted on 04/01/2010 09:16:00 # 2522465/62281

2430453

CITIBANK (SOUTH DAKOTA), N.A.  )
    Plaintiff,  )
vs.  )  Case No.
TERRY L POCHERT  )
XXXXXXXXXXXX8803  )
    Defendant,  )  **AFFIDAVIT**

Ex #1

STATE OF MISSOURI  )
               ) ss.
COUNTY OF PLATTE  )

Before me, the undersigned authority, personally appeared __Delores Wageman__ who being by me duly sworn, deposed as follows:

1. My name is __Delores Wageman__, and I am of sound mind, lawful age, capable of making this Affidavit. The statements set forth in this affidavit are true and correct to the best of my knowledge, information and belief based on either personal knowledge or review of the business records described herein. I am authorized to make this affidavit on behalf of Citibank (South Dakota), N.A. ("Citibank").
2. I am employed by Citicorp Credit Services, Inc. (USA), which is referred to herein as "CCSI." CCSI is a subsidiary of Citibank and services credit card accounts owned by Citibank, including maintaining and recording information in Citibank's records as they relate to credit card accounts owned by Citibank. Citibank is a National Bank located in Sioux Falls, South Dakota.
3. By virtue of the CCSI/Citibank relationship, my employment duties include being a custodian of records for CCSI and Citibank with respect to credit card accounts issued by Citibank. As a custodian of records, I have knowledge of, and access to, relevant account information and records concerning Citibank account number ending in 8803 (the "Account"), which is the subject of this lawsuit, including: the name and address of the debtor (hereafter "defendant"); that the defendant did apply for and was issued the Account; the Account's history of charges representing extensions of credit, finance charges, fees imposed, payments made, and credits received; and the outstanding balance due on the Account.
4. Citibank's records reflect that defendant did use or authorize the use of the Account for the purpose of obtaining extensions of credit to purchase goods and services and/or cash advances. Defendant has been provided periodic billing statements for the Account (other than months in which no statement may have been required under applicable law) describing the amount due. Defendant, having agreed to the terms and conditions of the Account by defendant's use of the Account, did eventually fail to make timely payments on the Account according to the terms of the card agreement and as requested on the periodic billing statements. The last payment received by Citibank on the Account was posted to the Account on __5-12-09__. Defendant is presently in default on the Account.
5. Exhibit A attached hereto is a true and correct copy of the statement transaction detail on the last periodic billing statement for the Account that was sent to defendant, which reflects the balance due and owing on the Account as of closing date on such statement. Exhibit A is a true and correct business record reflecting information created and maintained by Citibank or its affiliates (including CCSI), in the course of regularly conducted business activity, and is part of the regular practice of Citibank to create and maintain such information, and also was made at the time of the act, transaction, occurrence or event or within a reasonable time thereafter. As reflected on Exhibit A, the balance of $10208.61 on the Account is presently due, plus applicable interest from the closing date on Exhibit A until paid.
6. Demand for payment of the balance owing was made more than thirty (30) days prior to making this affidavit, after which the attorneys representing Citibank were retained for the purpose of collecting the delinquent debt owed on the Account.
7. The debt reflected on Exhibit A is delinquent, past due and remains due and owing. Citibank is the party and entity to whom the delinquent debt is owed. There are no payments, set-offs, credits, or allowances due or to become due from Citibank to the defendant, other than those set forth herein or set forth on Exhibit A attached hereto.
8. Defendant has made no claim of being an active member in the military services of the United States or any state thereof, and to the best of my knowledge the defendant is not an active member in military service. Nor has defendant requested reduction of the interest rate on this account to 6% pursuant to the Servicemembers Civil Relief Act.
9. Pursuant to the terms and conditions of the Account, defendant agreed to pay reasonable attorneys' fees to Citibank (South Dakota), N.A. in the event it becomes necessary to hire an attorney to collect any unpaid balance.

By __Delores Wageman__
Name: __Delores Wageman__
Title: __Authorized Agent__

On this __12__ day of __January__, 2010, before the undersigned Notary Public in and for the state of Missouri, personally appeared __Delores Wageman__, known to me to be the person who executed the Affidavit on behalf of the above-named Plaintiff, and acknowledged to me that he/she executed the same for the purposes therein stated.

Notary Public
My commission expires: 5/19/2012

IL.

# Exhibit (A)



# Exhibit (A)

Document received on 03/30/2010 14:34:32  Document accepted on 04/01/2010 09:16:00 # 2522465/62281

AFFIDAVIT AS TO MILITARY SERVICE

2327 (Rev. 09/05)

7660

UNITED STATES OF AMERICA

STATE OF ILLINOIS     COUNTY OF DU PAGE

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

CITIBANK (SOUTH DAKOTA) N.A.

PLAINTIFF

VS.

TERRY L POCHERT

DEFENDANT

CASE NUMBER

10AR 1051

FILED 10 MAY 11 PM 2:5[?] CLERK OF THE 18TH JUDICIAL CIRCUIT DU PAGE COUNTY, ILLINOIS

### AFFIDAVIT AS TO MILITARY SERVICE

I, attorney for Plaintiff, _____ on oath states:
(Affiant's Name and Address)

With respect to defendant TERRY L POCHERT, 144 HIDDEN POND CIR
(Defendant's Name and Address)

☐ the Defendant is

☒ the Defendant is not

☐ I am unable to determine whether the Defendant is

in the military service of the United States of America.

This affidavit is based on these facts: Search of Department of

Defense Manpower Data Center Website (www.dmdc.osd.mil/scra/owa/scra.home).

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the above signed certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the above signed certifies as aforesaid that he verily believes the same is true.

Name: Blatt, Hasenmiller, Leibsker & Moore, LLC
Attorney Number: 6850
Attorney for: Plaintiff
Address: 125 S. Wacker, Suite 400
City/State/Zip: Chicago, IL 60606
Telephone: (312)704-9440

☐ PRO SE

ALTXDUPI
2430453

CHRIS KACHIROUBAS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT
WHEATON, ILLINOIS 60189-0707



9550

2430453 - UNI
ARBITRATION SUMMONS 2297-N(REV. 03/00)

UNITED STATES OF AMERICA
STATE OF ILLINOIS COUNTY OF DUPAGE
IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN THE NAME OF THE PEOPLE OF THE STATE OF ILLINOIS

CITIBANK (SOUTH DAKOTA) N.A.

Case No. 2010AR1051

-VS-

TERRY L POCHERT

FILED
10 MAY 11 PM 2:52
CLERK OF THE
18TH JUDICIAL CIRCUIT
DU PAGE COUNTY, ILLINOIS

**THIS IS AN ARBITRATION CASE SUMMONS**

To each Defendant's home address: 144 HIDDEN POND CIR, , AURORA IL 60504.
Serve Defendant at POE:

You are hereby summoned and required to appear before this Court at the DuPage Judicial Center, 505 North, County Farm Road, Wheaton, Illinois in courtroom 2018 at the hour of 9:00 AM or ___ to answer the complaint of the plaintiff(s), a copy of which is hereto attached. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT

R E T U R N: This summons may not be served later than three (3) days before the day for appearance.

This Communication is from a debtor collector

WITNESS: CHRIS KACHIROUBAS, Clerk of the Eighteenth Judicial Circuit, and seal thereof at Wheaton, 04/01/2010

Dated _____

CHRIS KACHIROUBAS, Clerk
by JAMES KUFER Deputy Clerk
2522465

NOTICE TO PLAINTIFF

If you fail to appear on the date set for return shown above, the case will be dismissed for want of prosecution.
IF THIS SUIT INVOLVES A CLAIM IN TORT, SUPREME COURT RULE 222 DISCLOSURE STATEMENT MUST BE ATTACHED.

| | |
|---|---|
| Name: Blatt, Hasenmiller, Leibsker & Moore LLC | To the Officer: |
| DuPage Attorney Number: 6850 | This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less than three (3) days before the date of appearance. If service cannot be made, this summons shall be returned so endorsed |
| Address: 125 South Wacker Drive Suite 400 | |
| City: Chicago, IL 60606 | |
| Phone: (866) 269-9863 | |

NOTICE TO PLAINTIFF or PLAINTIFF'S ATTORNEY: When Preparing the above summons, you will insert a return day not less than 21 nor more than 40 days after the date of issuance.
NOTE: The filing of an appearance or answer with the Circuit Court Clerk requires a statutory filing fee, payable at the time of filing.

CHRIS KACHIROUBAS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT
WHEATON, ILLINOIS 60189-0707

CF03-02

Document received on 03/30/2010 14:34:32 Document accepted on 04/01/2010 09:16:00 # 2522465/62281