# EXHIBIT B

EXHIBIT B

## Circuit Court Of The Eighteenth Judicial Circuit, County of DuPage

CITIBANK (SOUTH DAKOTA) N.A.,

    Plaintiff(s),

vs.

TERRY L POCHERT,

    Defendant.

Case No.: 10 AR 1051

AFFIDAVIT OF SERVICE

I, Craig Palmer, being first duly sworn on oath, depose and say the following:

I am over the age of 18 years and not a party to this action.

On April 11, 2010 at 11:40 AM, I served the within SUMMONS/COMPLAINT on TERRY L POCHERT in the following manner:

**Substitute Service:** By leaving a copy of the SUMMONS/COMPLAINT at TERRY L POCHERT's usual place of abode, 144 HIDDEN POND CIR, AURORA, IL 60504, with his/her Member Of Household, Kim Williams, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the SUMMONS/COMPLAINT.

On April 12, 2010, a copy of the SUMMONS/COMPLAINT was mailed in a sealed envelope with postage fully prepaid, addressed to TERRY L POCHERT at his/her usual place of abode.

Description of person process was left with:

Sex: Female – Skin: Caucasian – Hair: Brown – Approx. Age: 40 – Height: 5'5" – Weight: 170

Comments: Served gave DOB 3/18/1970

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Prodecure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

Further the affiant sayeth naught.

X _____
Craig Palmer
License(s): Agency: 117-001101

United Processing, Inc.
162 W. Grand Ave.
Chicago, IL 60654
312.629.0140
Court Date: 05/11/2010
File # 2430453

Fees:
Service of Process – Aurora   $52.00

TOTAL:   $52.00



118077