# EXHIBIT C

EXHIBIT C

510 2846  55

DEFAULT JUDGMENT ORDER-ARBITRATION - 2430453  AD 299 (New 3/89)

UNITED STATES OF AMERICA

STATE OF ILLINOIS                                              COUNTY OF DU PAGE

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT  Code 840

CITIBANK (SOUTH DAKOTA) N.A.

Vs.

TERRY L POCHERT                    No. 10AR 1051

FILED 10 MAY 11 PM 2:56

## ORDER

This cause coming before the Court on the Return Date of Summons and the Court being advised in the premises and having jurisdiction of the subject matter FINDS that service of Summons has been served as to the following defendant(s); and that said Defendant(s) have failed to appear.

TERRY L POCHERT

and Plaintiff has offered proof of liability and damages by competent evidence.

IT IS ORDERED:

The above Defendant(s) are found in default and Judgment is entered in favor of the Plaintiff(s) and against the above named Defendant(s) in the

amount of $10208.61

_____ plus costs of suit.

Diligence date 10-27-10 is hereby stricken

Name Blatt, Hasenmiller, Leibsker & Moore, LLC      ENTER:
DuPage Attorney No. 6850                            Bruce R. Kelsey
Address 125 S. Wacker Dr., Suite 400
City Chicago, IL 60606
Phone (312) 704-9440                                Date: 5-11-10

CHRIS KACHIROUBAS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT
WHEATON, ILLINOIS 60189-0707

PLTODARI
2430453



**EXHIBIT D**

EXHIBIT D

2430453 CERTIFIED MAIL
AFFIDAVIT FOR WAGE DEDUCTION ORDER 2318(Rev.3/99)

**NOTE**
**FOUR(4) COPIES OF THIS AFFIDAVIT MUST BE SERVED ON THE EMPLOYER**
Answer to interrogatories on reverse side hereof to be filed
on or before the return date.

| STATE OF ILLINOIS | UNITED STATES OF AMERICA | COUNTY OF DUPAGE |
|---|---|---|

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

CITIBANK (SOUTH DAKOTA) N.A.
   PLAINTIFF-JUDGMENT CREDITOR
-vs-

CASE NO. 10AR 1051

RETURN DATE 07-30-10
(21 to 40 days after of issuance of Summons)

*Chris Kachiroubas — Electronically Filed*
Transaction Id: 2688653
2010AR001051
06/21/2010
JAMES KUFER

TERRY L POCHERT
   DEFENDANT-JUDGMENT DEBTOR

File Stamp Here

**AFFIDAVIT FOR WAGE DEDUCTION ORDER**

KORINNE C. COLLIER on oath states:

1. I believe employer LYONS ELEMENTARY SCHOOL DISTRICT 103 is indebted to the judgment debtor, TERRY L POCHERT for wages due or to become due.
Employer's address: LYONS ELEMENTARY SCHOOL DISTRICT 103, 4100 JOLIET AVENUE, LYONS, IL 60534

2. The last known address of the judgment debtor is 144 HIDDEN POND CIR, AURORA IL 60504

I request that the Circuit Court Clerk issue summons to the employer. I certify that a copy of the wage deduction notice was mailed to the judgment debtor by first class mail, at the judgment debtor's last known address prior to the filing of this wage deduction proceeding.

Name: Blatt, Hasenmiller, Leibsker & Moore LLC
DuPage Attorney No.: 6850
Attorney for the Judgment Creditor:
Address: 125 South Wacker Drive Suite 400
City/State/Zip: Chicago, IL 60606
Telephone: (866) 269-9860

Affiant: _____
Sworn and Subscribed before
Date: _____

_____
Notary Public

**CERTIFICATE OF ATTORNEY OF JUDGMENT CREDITOR**

I, the undersigned certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the statements set forth in this instrument are true and correct.

1. Judgment in the above captioned case was entered on 05-11-10
2. The amount of judgment was .................................................................. $ 10206.61
3. Allowable costs previously expended:
   a) Initial filing fee ................................................................................. $ 250.00
   b) Original and alias summons ............................................................ $ 52.00
   c) Filing and summons cost of prior supplementary proceedings ........ $ 0.00
4. Filing and summons cost for this proceeding .......................................... $ 55.71
5. Interest due on judgment to date ............................................................. $ 85.58
DEDUCT: Total amount paid by or on behalf     **TOTAL**    $ 10651.90
of the judgment debtor prior to this proceeding ........................................ $ 0.00

_____
Judgment Creditor/Attorney

**BALANCE DUE JUDGMENT CREDITOR**    **$10651.90**

(over)

CHRIS KACHIROUBAS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT (c)    BLWDAD(02/2003)
WHEATON, ILLINOIS 60189-0707

Document received on 06/21/2010 08:33:30 Document accepted on 06/21/2010 12:15:25 # 2688653/74741